# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY L. KING, | |
|     Plaintiff, | |
|         v. | CIVIL ACTION FILING NO.: |
| TRUIST BANK, | 1:23-CV-00095-AT-JCF |
|     Defendant. | |

## TRUIST BANK'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Truist Bank ("Truist"), and files this Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 and N.D. Ga. LR 56.1 showing the Court that there is no genuine dispute as to any material fact and that Truist is entitled to judgment as a matter of law. In support of this Motion, Truist incorporates its Memorandum of Law, Statement of Undisputed Material Facts and attached exhibits, and the entire record in this case.

WHEREFORE, Defendant Truist Bank respectfully requests that the Court grant this Motion for Summary Judgment and for such other relief as may be appropriate.

Respectfully submitted this 16th day of October, 2023.

*/s/ Joseph M. Englert*
Joseph M. Englert (GA Bar 112409)
M. Laughlin Allen (GA Bar 901999)
McGuireWoods LLP
1075 Peachtree Street NE,
35th Floor
Atlanta, Georgia 30309-3900
Tele: (404) 443-5500
Fax: (404) 443-5599
jenglert@mcguirewoods.com
mlallen@mcguirewoods.com

Katherine E. Lehnen
*(Admitted Pro Hac Vice)*
McGuireWoods LLP
800 East Canal Street
Richmond, Virginia 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
klehnen@mcguirewoods.com

*Attorneys for Truist Bank*

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on October 16, 2023, I electronically filed *Truist Bank's Motion for Summary Judgment* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

| | |
|---|---|
| Chaka Michael Douglas | Harold L. Johnson |
| cmdouglas@wd-law.net | hljohnson@wd-law.net |

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

/s/ Joseph M. Englert
Joseph M. Englert (GA Bar 112409)
M. Laughlin Allen (GA Bar 901999)
McGuireWoods LLP
1075 Peachtree Street NE
35th Floor
Atlanta, Georgia 30309-3900
Tele: (404) 443-5500
Fax: (404) 443-5599
jenglert@mcguirewoods.com
mlallen@mcguirewoods.com

Katherine E. Lehnen
*(Admitted Pro Hac Vice)*
McGuireWoods LLP
800 East Canal Street
Richmond, Virginia 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
klehnen@mcguirewoods.com

*Attorneys for Truist Bank*

180226341_1