

Timothy L. King
1006 Palmer Rd.
Lithonia, GA  30058-9085

A: P7 T391

Your new Truist loan or line of credit account numbers are listed below.

Dear Timothy L. King,

We recently sent you a letter informing you that your SunTrust loan or line of credit account number(s) would be changing as SunTrust transitions to Truist. For security and privacy reasons, we're providing your new account number(s) now, in this separate letter. The information below is effective as of February 20, 2022.

**Former SunTrust Account Number**
5125

**New Truist Account Number**
5998

**If you have recurring auto-draft transactions set up between your Truist loan or line of credit and another institution, you'll need to provide your new account number to that institution.** We encourage you to do this as soon as possible.

Please keep Truist in mind for all your financial needs. We're in the pursuit of a better banking experience for our clients. If you have any questions about the conversion of your loan to Truist, please visit Truist.com, stop by any branch, or call 844-4-TRUIST.

Sincerely,
Truist



> Never Transfered old payments
> to new account
> Dispute # 3296220637
>                    -IV 02