

**TRUIST**

1558   100-50-02-57
TIMOTHY L KING
1006 PALMER RD
LITHONIA GA 30058-9085

August 9, 2022

*Information about action taken on your line of credit (ending 9570-5998)*

You received a notice advising that Truist temporarily suspended your ability to take advances on your line of credit.

**After further review of your account status, we have reinstated your ability to advance on your line of credit.**

We apologize for any inconvenience this may have caused.   Thank you for allowing Truist to serve your financial needs.    If you have additional questions, please call Truist at 844-4-Truist (844-487-8478).

Thank you,

Retail Credit Operations

Truist Bank, Member FDIC. ©2022 Truist Financial Corporation. Truist, the Truist logo, and Truist Purple are service marks of Truist Financial Corporation.



# TRUIST

1558   100-50-02-57
TIMOTHY L KING
1006 PALMER RD
LITHONIA GA 30058-9085

November 30, 2022

***Information about your recent line of credit payment (ending 9570-5998)***

Thank you for allowing Truist to serve your financial needs. We apologize for an error we made related to your line of credit payment.

**What occurred**
Your recent line of credit payment was misapplied, resulting in your minimum monthly payment not being satisfied.  We have corrected this error and re-applied your payment to satisfy your minimum monthly amount due.  As a result of this misapplied payment, you may have received:
- Late payment penalties
- A notification that you could no longer take an advance from your line of credit
- An inaccurate billing statement

**We have reversed any penalties associated with this misapplied payment and have reinstated access to your line of credit, if applicable.**
- Corrections will be reflected on your next billing statement
- We have updated the credit bureaus to ensure that this misapplied payment does not reflect "past due"

We apologize for any inconvenience and are working to resolve the issue as quickly as possible.

**Moving forward**
We have several options for you to make a payment:
- For payments made via Truist online banking or mobile application:
  - From **Home** select **Accounts Tab** or **Transfer and Pay**
  - Select **Home Equity Line Summary** Account or **Access3 Line Summary** Account
  - Select **Make a Payment**
  - Select **Minimum payment due**
- For mail-in or branch payments, please utilize your statement coupon

If you have additional questions, please call Truist at Truist at 844-4-Truist (1-844-487-8478).

Thank you,

Retail Credit Operations

433