Synchrony Bank
P.O. Box 965002
Orlando FL 32896-5002

L AND J ENDEAVORS INC
210
1775 PARKER RD SE BLDG C
CONYERS  GA 30094-6654

734
M106

June 5, 2022

DDCMLUSE

LOWELB8V57

Dear L AND J ENDEAVORS INC,

We have received your request for a credit product with LOWES-GA issued by Synchrony Bank. Unfortunately, we are unable to approve your request at this time.

Your request was denied for the following reason(s):

Credit history of personal guarantor
Credit history of personal guarantor
Credit history of personal guarantor

Some information used to make this decision was obtained from the credit reporting agency (agencies) listed below. This credit reporting agency (agencies) did not make this credit decision and is unable to provide you with the specific reason(s) for our action. If you believe there may be information on your credit report that is not correct, we suggest you contact the credit reporting agency below to verify the information. If more than one agency is disclosed the reason(s) shown are based on the report provided by the first listed agency.

EXPERIAN COMMERCIAL
RELATIONS
P.O. BOX 5001
COSTA MESA, CA 92628
888-211-0728

TRANS UNION- NATIONAL
DISCLOSURE CENTER
2 BALDWIN PLACE,  P.O. BOX 1000
CHESTER, PA 19016
800-888-4213

Sincerely,

Synchrony Bank

Please see reverse side for important information

COLR113C 1141 5009 304 07 20220605 PG 1 OF 1 00000734     43224505.1